OPINION — AG — A STATE AGENCY IS NOT EXEMPT FROM THE PROVISIONS OF 26 O.S. 1978 Supp 7-101, [26-7-101] WHICH APPLIES TO PUBLIC EMPLOYERS AS WELL AS PRIVATE EMPLOYERS. (MUST A STATE AGENCY GRANT AN EMPLOYEE TWO HOURS TO VOTE WITHOUT LOSS OF COMPENSATION BETWEEN THE HOURS OF 8 AM AND 5 PM ON AN ELECTION DAY ?) (MICHAEL JACKSON) ** SEE: OPINION NO. 72-243 (1972) **